**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2020

<u>By ECF</u>

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The status conference currently scheduled for June 8, 2020 is adjourned until July 8, 2020 at 11:00 am.  Speedy trial time is excluded until July 8, 2020.
>
> SO ORDERED.
>
> */s/ Naomi Reice Buchwald*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: June 2, 2020

Re:    <u>United States v. Earl Martin</u>, 20 Cr. 136 (NRB)

Dear Judge Buchwald:

    I write with the consent of the Government to request a 30-day adjournment of the conference scheduled for Monday, June 8, 2020 in the above-captioned case.  There has been one prior request to adjourn a conference in this case, which was granted.  The parties are discussing a possible resolution of this matter, but Mr. Martin requires additional time to review his discovery in light of restrictions on computer access that have been in place for several months at the MCC.  The parties consent to the exclusion of time under the Speedy Trial Act through the next conference date scheduled by the Court.

    Thank you for your consideration of this request.

                        Respectfully submitted,

                         <u>/s/ Ariel Werner</u>
                         Ariel Werner
                         Assistant Federal Defender
                         212.417.8770
                         ariel_werner@fd.org

cc:    David Robles, Assistant U.S. Attorney