**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2020

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Earl Martin a/k/a Robert Barnes, 20 Cr. 136 (NRB)

Dear Judge Buchwald:

I write, without objection from the Government, to request a 60-day adjournment of Mr. Barnes's sentencing, presently scheduled for Wednesday, October 21, 2020. Additional time is required to enable me to pursue and review records in support of Mr. Barnes's sentencing submission. Because Mr. Barnes is currently serving a New York State parole time assessment, which will run through at least February 11, 2021, the proposed adjournment will have no impact on his custodial status. Mr. Barnes requests that his sentencing, whenever it takes place, is conducted by videoconference.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   David Robles, Assistant U.S. Attorney

```
Sentencing is adjourned until
December 14, 2020 at 11 AM.
SO ORDERED.


NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
       September 30, 2020
```