**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 18, 2020

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Earl Martin a/k/a Robert Barnes, 20 Cr. 136 (NRB)

Dear Judge Buchwald:

    I write, without objection from the Government, to request an approximately 10-week adjournment of Mr. Barnes's sentencing, presently scheduled for Monday, December 14, 2020. Mr. Barnes requests this adjournment with hopes that, come February, it may be safe to convene for a sentencing hearing in person, which he would not feel safe doing at this time. As noted in a previous letter, Mr. Barnes' will be incarcerated due to a New York State parole time assessment through mid-February, and an adjournment will have no impact on his custodial status. If acceptable to the Court, Mr. Barnes proposes a sentencing hearing in mid- to late-February.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc: David Robles, Assistant U.S. Attorney

Application granted.
Sentencing is tentatively scheduled for February 23, 2021 at 11 am.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
November 18, 2020